FILED
NOV 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>BILL MUNCEY INDUSTRIES, INC. dba GALLEY at the MARINA; CHULA VISTA MARINA RV PARK LTD.,<br><br>    Defendants. | CASE NO. 08 cv 1940 WQH CAB<br><br>**ORDER REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

### ORDER

Having reviewed the parties' Joint Motion and upon good cause appearing, **IT IS HEREBY ORDERED** that Defendant Bill Muncey Industries, Inc. dba Galley at the Marina and Defendant Chula Vista Marina RV Park Ltd. shall have up to and including December 17, 2008 to respond to Plaintiff A.J. Oliver's Complaint.

Dated: 11/14/08

_____
JUDGE OF THE DISTRICT COURT